## VERIFICATION

      My name is Russell Brooksbank, and, pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the facts contained within the foregoing Complaint are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge, or, if applicable, based on my information and belief.

Executed on  10/24/2016  .         *Russell Brooksbank* (signature)
                                                              Russell Brooksbank