Page 1 of 1

**BROOKSBANK, RUSSELL**
Bk Dt 09/16/2016 12:29   DOB 11/18/1970
Inmate # 00612581
Booking # 201626427

NOT ORIGINAL DOCUMENT
10/18/2016 05:06:51 PM
90725

VETERAN

**COURT**

| AGENCY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KY STATE POLICE, CVE | | | | | | 0370200 | | |

| NAME, LAST, FIRST, MI, FILIAL | | | ATTN | HOME PHONE |
|---|---|---|---|---|
| BROOKSBANK, RUSSELL P. | | | ☐ | UNKNOWN |

| ALIAS NAME LAST, FIRST, MI, FILIAL | EMERGENCY PHONE |
|---|---|
| | UNKNOWN |

ADDRESS (NUMBER, NAME, SUFFIX): 1715 WHITTIER DR

KENTUCKY RESIDENT STATUS: ☐ F: FULL-TIME  ☐ P: PART-TIME  ☑ N: NON RESIDENT

| CITY | STATE | ZIP CODE/EXTENSION | MARITAL STATUS | VICTIM'S RELATIONSHIP TO OFFENDER |
|---|---|---|---|---|
| CLARKSVILLE | IN | 47129 | MARRIED | |

| ID TYPE | ID ST | ID NUMBER | S S NUMBER | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|---|
| OPERATOR'S LICENSE | IN | ███0840 | ███6884 | 5'03" | 205 | BROWN | HAZEL |

☐ COMMERCIAL VEHICLE   ☐ PLACARDED HAZARDOUS VEHICLE

ETHNIC ORIGIN: ☐ HISPANIC  ☑ NON HISPANIC

| DATE OF BIRTH | SEX | RACE |
|---|---|---|
| 11 18 1970 | ☑ MALE  ☐ FEMALE | ☑ WHITE  ☐ BLACK  ☐ AM. INDIAN OR ALASKA  ☐ ASIAN |

B.A. RESULTS:
☐ BREATH   NOT REQUESTED
☐ BLOOD   NOT REQUESTED
☐ URINE   NOT REQUESTED

ALCOHOL/DRUG INVOLVEMENT:
☐ ALCOHOL
☐ DRUGS
☐ UNKNOWN

| PLACE OF EMPLOYMENT / OCCUPATION | CITY | STATE |
|---|---|---|
| ADVANC READY MIX | LOUISVILLE | KY |

| VEHICLE MAKE | VEHICLE MODEL | VEH. YEAR | VEHICLE COLOR |
|---|---|---|---|
| FORD | RANGER | 1993 | GRN |

| VEH TYPE | | REGISTRATION STATE, YEAR, NUMBER | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. KEY |
|---|---|---|---|---|---|---|
| PK | IN | 2017 VH2828 | | | | |

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | MILES | DIRECTION | CITY |
|---|---|---|---|---|---|
| 09 16 2016 | 10:38 AM | NATIONAL TPKE | | | LOUISVILLE |
| | | | | COUNTY | JEFFERSON | SECTOR 02 |

| ARREST DATE | TIME OF ARREST | EXACT LOCATION OF ARREST | MILES | DIRECTION | CITY |
|---|---|---|---|---|---|
| 09 16 2016 | 10:39 AM | NATIONAL TPKE | | | LOUISVILLE |
| | | | | COUNTY | JEFFERSON | SECTOR 02 |

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 3 | 00108 | 0 | 189.380 | 1 | | | |
| 2 of 3 | 09084 | 0 | 150.090 | 1 | | | |
| 3 of 3 | 13113 | 0 | 508.025 | 1 | | | |
| of | | | | | | | |

*16F010309*

POST-ARREST COMPLAINT
Charge 1: FAILURE TO OR IMPROPER SIGNAL
Charge 2: OBSTRUCTIONS/INTERFERENCE WITH AN OFFICER
Charge 3: ASSAULT 3RD DEGREE-POLICE OFFICER OR PROB OFFICER

As officer was traveling North on National Trnpk passing the Thorntons, Officer observed above subject exiting from Thorntons making a right onto National Trnpk. As Officer approached, subject made eye contact with officer. While making eye contact subject improper signaled with his left hand by using only his middle finger. Subject was stopped on National Trnpk in the right lane. Upon contact with subject, officer advised subject that he was stopped for improper signal for using the middle finger. Officer asked subject for his drivers license, insurance and registration. Subject failed to give officer any items asked for. Subject told officer he was going to record the stop with his phone. While messing with his phone officer demanded three more time for his drivers license, insurance and registration. Subject made no attempt to follow officer commands, by continuing to mess with his phone. Given the unsafe location of stop, officer tried to reach for subjects phone to take it so that the subject would follow officers commands. While doing so subject grabbed officers left arm and started to pull officer into vehicle through driver side window. Officer grabbed subject with right hand and tried pulling back and pulling subject out of vehicle. While doing so subjects shirt ripped. Officer was able to pull back and open door pulling subject from vehicle and placing him into custody.

| COURT DATE | COURT TIME | ☐ PAYABLE  ☑ COURT | COURT LOCATION | | YEAR |
|---|---|---|---|---|---|
| ARRESTED | | | JEFFERSON COUNTY DISTRICT COURT - W.Jefferson | | 16 |

| COURT CASE NUMBER | | TOTAL PREPAYABLE AMOUNT | NOT PREPAYABLE | |
|---|---|---|---|---|

| WITNESS 1 NAME LAST, FIRST, MI, FILIAL | | STATE | ZIP CODE |
|---|---|---|---|
| WITNESS 1 ADDRESS (NUMBER, STREET, SUFFIX) | | CITY | |
| WITNESS 2 NAME LAST, FIRST, MI, FILIAL | | STATE | ZIP CODE |
| WITNESS 2 ADDRESS (NUMBER, STREET, SUFFIX) | | CITY | |

CONTROL NUMBER: CG91786

☐ SERVING WARRANT FOR OTHER AGENCY   SPECIFY: -

☐ IN-CAR VIDEO
☐ FINGERPRINTS
☑ PHOTOS
☐ EVIDENCE HELD

| OFFICER SIGNATURE | BADGE ID NUMBER | ASSIGNMENT |
|---|---|---|
| Koch, D. | 4298 | |

TYPE: 1


PLAINTIFF'S EXHIBIT
A
tabbies