

Street View - Dec 2015

Image capture: Dec 2015   © 2016 Google



PLAINTIFF'S EXHIBIT B