# Case History
## COMMONWEALTH VS. BROOKSBANK, RUSSELL
### Case# 16-F-010307

Generated: 10/24/2016 2:09:33PM

**County** JEFFERSON
**Court** DISTRICT Court
**Opening Judge** HON. ANNE HAYNIE
**Current Judge**
**Closing Judge** HON. DAVID BOWLES

*CERTIFIED OF RECORD OF JEFFERSON DISTRICT COURT — DAVID L. NICHOLSON, CLERK, D.C. BY [signature]*

| Date | Event | Details |
|---|---|---|
| 09/16/2016 | Case Filed | FELONY — VIOLTIME = 1038  ARRSTDT = 09/16/2016 |
| 09/16/2016 | Bail Set | $ 0.00 — NO BAIL SET (DEF MAY NOT GIVE BAIL) |
| 09/16/2016 | Charge Filed | 0001080 FAILURE TO OR IMPROPER SIGNAL Citation: 6CG917861-1 Citation Date: 09/16/2016 — CHARGE 1 ORIGINAL — *Other CW not going forward* |
| 09/16/2016 | Charge Filed | 0090840 OBSTRUCTIONS/INTERFERENCE WITH AN OFFICER Citation: 6CG917862-2 Citation Date: 09/16/2016 — CHARGE 2 ORIGINAL — *Other CW not going forward* |
| 09/16/2016 | Charge Filed | 0131130 ASSAULT-3RD DEGREE-POLICE/PROBATION OFFICER-IDENTI Citation: 6CG917862-3 Citation Date: 09/16/2016 — CHARGE 3 ORIGINAL — *Prob Cause Not Found* |
| 09/17/2016 | Bail Set | $ 0.00 — PERSONAL RECOGNIZANCE — *MAKE ALL COURT APPEARANCES* |
| 09/23/2016 | Scheduled Event | ARRAIGNMENT — HON. ANNE HAYNIE — Sep 23 2016 at 09:00 AM |
| 09/23/2016 | Document Filed | SUBPOENA — CW  KOCH, DEWAYNE B.   P-603-4298  ] PtyEntNum=0002 ] SchDate=10/10/2016 ] SchRoom=HJ302 ] SchTime=09:00 AM ] |
| 10/10/2016 | Charge Disposed | 0131130 ASSAULT-3RD DEGREE-POLICE/PROBATION OFFICER-IDENTI — CHARGE 3 ORIGINAL DISMISSED — *Prob Cause Not Found* |
| 10/10/2016 | Scheduled Event | PRELIMINARY HEARING — HON. ANNE HAYNIE — Oct 10 2016 at 09:00 AM — *spo* |
| 10/24/2016 | Case Disposed | 38 Days — VIOLTIME = 1038  ARRSTDT = 09/16/2016 |
| 10/24/2016 | Charge Disposed | 0001080 FAILURE TO OR IMPROPER SIGNAL — CHARGE 1 ORIGINAL DISMISSED — *Other CW not going forward* |
| 10/24/2016 | Charge Disposed | 0090840 OBSTRUCTIONS/INTERFERENCE WITH AN OFFICER — CHARGE 2 ORIGINAL DISMISSED — *Other CW not going forward* |
| 10/24/2016 | Scheduled Event | PRELIMINARY HEARING — HON. SANDRA L. MCLAUGHLIN — Oct 24 2016 at 09:00 AM |

*PLAINTIFF'S EXHIBIT C*

DISTRICT Court   16-F-010307                                          Page 1 of 2

## COMMONWEALTH VS. BROOKSBANK, RUSSELL
### Case# 16-F-010307

**County** JEFFERSON
**Court** DISTRICT Court
**Opening Judge** HON. ANNE HAYNIE
**Current Judge**
**Closing Judge** HON. DAVID BOWLES



Page #

DISTRICT Court        16-F-010307