## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION – CIVIL

**RUSSELL BROOKSBANK**         :        3:16-cv-00668-JHM-RSE

**v.**                          :

**DEWAYNE KOCH**                :

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff Russell Brooksbank, by and through counsel, submits this proposed voir dire:

1. Have any of you or any member of your family or friends ever worked for any of the following?

    Jefferson County Attorney's Office

    Kentucky State Police

    Jefferson County/Louisville Sheriff

    Jefferson County/Louisville Jail

    Jefferson County Circuit Clerk's Office

    Ted Shouse, Esq.

    Commonwealth of Kentucky

    The City of Louisville, Kentucky

    The County of Jefferson, Kentucky

    Advance Ready Mix

2. Do any of you know or have any of you heard of any of the following persons?

    Parties:

    Russell Brooksbank

    Dewayne Koch

1

<u>Attorneys:</u>

Mr. Thomas Bruns

Mr. Robert Winter

Mr. Jason Nemes

Ms. Mary Eade

<u>Witnesses or other interested parties:</u>

Valerie Coleman

Mike O'Connell or anyone at the Jefferson County Attorney's Office?

Anyone who is employed by the Kentucky State Police?

Anyone employed by the Jefferson County/Louisville Sheriff or Jail?

Anyone employed by the Jefferson County Circuit Clerk's Office

Ted Shouse, Esq.

Captain Joey Conn

Sergeant Jason Morris

3. During the past ten years, have any of you served on a jury or been excluded from a jury?

4. Was it a civil or a criminal case?

   a. If civil, what, in general, was the case about?
   b. Without telling me the outcome, or who won, please tell me whether or not the jury reached a verdict.
   c. Will you be able to put aside your prior jury experience as you sit in this case, to ignore completely anything you learned about the law or evidence in those cases, and decide this case solely on the basis of the evidence that I admit during this trial and on the law as I instruct you in it?

5. There is a substantial difference between the burden of proof in a criminal trial and the burden of proof in a civil trial. In a criminal trial, the prosecution must prove all the essential facts beyond a reasonable doubt. In a civil trial such as this one, by contrast, the burden of proof is less demanding. To win a civil case, plaintiff must prove all the essential facts by a preponderance of the evidence, which means that after the jury takes into account the evidence

the defendants have presented, the jury concludes that the essential facts are more likely true than not true.

      a. Do any of you think you would have any difficulty in applying the preponderance of the evidence standard in this civil action?

6. Have you, or has anyone in your immediate family, been a party (either as a plaintiff or as a defendant) to any lawsuit, civil or criminal? If so, please raise your hand.

      a. If so, who (you or a family member) was the party to the case?
      b. Was the person a plaintiff or a defendant?
      c. What was the nature of the case?
      d. Was it tried by jury? Outcome?
      e. Is there anything about that experience that would cause you to question your ability to decide this case fairly and impartially, only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

7. Have any of you ever been a witness in state or federal court in any lawsuit, civil or criminal (this includes testimony in depositions)? Raise your hand.

      a. Did you testify for the plaintiff or the defendant?
      b. What was the nature of the case?
      c. Is there anything about that experience that would cause you to question your ability to decide this case fairly and impartially, solely on the basis of the evidence I admit during this trial and the law as I instruct you in it?

8. Have you, or has anyone in your immediate family, attended law school, studied criminal justice, or had any other training in the law?

      a. If so, will you put whatever knowledge of the law you may have acquired before today out of your mind during this trial, and will you promise to apply only those legal principles in which I instruct you?

**I. GENERAL**

9. As a preliminary matter, if you are selected as a juror in this case, does of any of you know of any reasons why you could not sit as an impartial juror? If yes, please explain.

10. Do any of you have a friend or close relative who has been a plaintiff or defendant in a lawsuit for money damages? If so, please describe.

11. If this case indicates that damages should be awarded, will you be willing to aware a sum of money for the full amount of damages proved, regardless of how high it is?

12. Do any of you feel that a person should not have a right to bring a lawsuit requesting damages if he or she is injured due to the fault of another party? If so, please explain why.

13.     Do any of you feel that people generally bring too many lawsuits? If so, please explain why you feel this way.

        a.     Would such a feeling prevent you from awarding full, fair and adequate damages to the plaintiff, Russell Brooksbank, in this case, if the evidence supports the awarding of such damages? If yes, please explain.

14.     Plaintiff in this case is seeking punitive damages as a means of punishing the individual defendant. Do you have feelings about awarding punitive damages that might affect your decision on whether to award punitive damages, one way or the other?

## II.     Police/Law Enforcement

15.     Is anyone a police officer, employed by a law enforcement agency, or does anyone have a relative that is a police officer or is employed by a law enforcement agency? (If so, who? Do they live with you? How long have they been so employed? Have any complaints of any misconduct or unreasonable force been filed against you/she/he?)

16.     Does anyone work with police officers?

17.     Is anyone a prosecutor, or does anyone have a relative that is a prosecutor? (if so, what is the relation? How long employed?)

18.     Is anyone a criminal defense attorney or does anyone have a relative that is a criminal defense attorney? (if so, what is the relation? How long employed?)

19.     Have you or anyone else close to you ever applied for a job in law enforcement?

    a. Have you ever contemplated applying for a law enforcement job of any kind? If yes, please explain.
    b. Do you ever have occasion to discuss police work – especially the dangers of police work with anyone you know who is in the field of law enforcement? If yes, please explain.
    c. What did you discuss?
    d. What are your impressions about the dangers and duties of police work?
    e. What concern do you have, if any, about that person's safety on the job?
    f. This is a case that concerns law enforcement against civil rights of individuals. Would your knowledge of police work that you obtained from the person who you described that is involved in law enforcement make it difficult for you to view the plaintiff's concerns, in this case, that his civil rights were violated, objectively? If yes, please explain.

20.     What contact have you had with police officers or other law enforcement officers through your work? In your neighborhood? In your social life? In any other aspects of your life?

    a. Was such contact generally favorable or unfavorable? Please explain.
    b. Is your general impression of police officers neutral, favorable or unfavorable based on your encounters with them? Please explain.

21. Do you believe that police officers, in enforcing the law, also have a duty to comply with the law in all circumstances? Please explain.

22. You will be instructed by the court that all witnesses should be judged based entirely on the credibility of the testimony that they offer and their demeanor on the witness stand.

    a. Do you feel you could comply with this instruction, in this particular case, and not favor one side or the other, just by virtue of who they are? If no, why not.

23. In general, do you think that you would be inclined to give greater weight to the testimony of a police officer than you would to the testimony of an ordinary citizen, just by virtue of the fact that he or she is a police officer? If yes, please state why that is so.

24. By the same token, do you thing that you would be inclined to give less weight to the testimony of a police officer, when compared to the testimony of an ordinary citizen, just by virtue of the fact that he or she is a police officer? If yes, please explain why that is

25. Some people feel that police testimony should be given greater weight than the testimony of an ordinary citizen, since police officers are charged with upholding the law. Do any of you feel that way? If yes, why is that so.

26. Have you heard or read about incidents of police misconduct or use of unreasonable force?

    a. If yes, please explain.
    b. This case involves allegations of police misconduct. Do you think what you have heard or read would tend to influence you? If yes, please explain.

27. What are your opinions about how the problem of police misconduct should be handled?

28. Do you have an opinion of which is more important, law and order, or preserving people's constitutional rights? If so, what is your opinion.

29. Have you ever expressed any opinions in conversation with others concerning the problems of police brutality or misconduct? If so, what opinions have you expressed? Please discuss.

30. Do you have an opinion about whether police misconduct occurs? If yes, please explain.

31. Has anyone ever responded or thought, in reaction to claims about police brutality or misconduct: "if that guy would have just followed the law and the officer's orders, nothing bad would have happened to him?"

32. Is anyone employed by the Commonwealth of Kentucky? (If so, what capacity? How long?).

33.     Is anyone employed by a government body? (if so, what capacity?)

34.     Have any of you ever been the victim of what you thought was police harassment, brutality or other police misconduct? If yes, please explain.

35.     Have any of you, or any member of your family, or any close friends ever had your property searched by a police officer? If yes, please explain. If yes, did you have any negative feelings as a result of the search conducted by a police officer?

36.     Have any of you or anyone close to you ever made a complaint against a police officer or against a police department? If so, what was the nature of the complaint?

37.     Have you or any member of your family, or any close friend, been charged with the commission of a crime, including traffic offenses? Describe what occurred (who/what/where/when).

38.     Do you believe that imposing quotas on police officers can lead to them falsely charging people with traffic violations?

39.     Have you or a member of your family been the victim of a crime? Describe what occurred (who/what/where/when).

40.     Do you believe police in your community do a good job?

41.     Do any of you think lawsuits against police officers cause them to do their jobs less effectively?

42.     Do any of you have any particular feelings about police officers (positive or negative) which may affect your ability to serve as a fair and impartial juror in this case? If so, please describe those feelings.

**III.     Case issues**

43.     This case involves allegations about the use of the middle finger. Has anyone in the jury used the middle towards another person? If so, when and why?

44.     Has anyone ever had someone direct the use of the middle finger towards them? How did you feel? Did the use of the middle finger towards you result in your assaulting them?

45.     If I were to instruct you that the use of the middle finger towards police officers is a First Amendment right, and that police are not permitted under the constitution to retaliate or assault citizens from the use of the middle finger, does any member of the jury feel that that could not follow that instruction?

46.     Do you have any problem with the idea of an ordinary citizen suing a police officer because of actions he claims he took in the line of duty?

47.     Some people think that even though the police make mistakes and arrest the wrong person or use more force than necessary, that is the price we have to pay for police protection. Do you agree with them? Please explain.

48.     This case involves a claim by Mr. Brooksbank that the defendant police officer violated his rights to be free from unreasonable seizure by use of force guaranteed by the Fourth Amendment to the United States Constitution when he was targeted for a stop following a prior verbal disagreement with the officer, never used the middle finger towards the officer, and Mr. Brooksbank, given the prior interaction tried to record the stop on his phone, the officer attempted to seize the phone, and then falsely claimed that Mr. Brooksbank tried to assault him, and then charged him with a felony assault on an officer and arrested him, in the process assaulting him. The defendant officer claims that he was merely in the area, thought that Mr. Brooksbank was trying to signal his turn with the use of the middle finger towards the officer, that Mr. Brooksbank assaulted the officer while trying to keep the phone away from him, and used the force necessary to effect Mr. Brooksbank's arrest.

> a. First, is there anything about these alleged facts and, in particular, the charges that the officer physically abused Mr. Brooksbank, which would prevent or make it difficult for you to be a fair and impartial juror?
> b. Would you have any hesitancy in reaching a verdict for Mr. Brooksbank merely because this is a civil rights case against Sergeant Koch?

49.     You will hear that the Jefferson District Court dismissed the assault charge against Mr. Brooksbank with the judge finding no probable cause for such a charge.  Does the fact that a state judge already determined that there was no basis for that charge prevent or make it difficult for you to be a fair and impartial juror?

## IV. Conclusion

50.     Do any of you have any reluctance about serving as a juror?

51.     Is there anyone who would feel any reluctance in joining the discussion with the members of the jury during deliberations?

52.     Is there anyone who would feel offended if other members of the jury disagreed with his or her view of the evidence?

53.     It is your duty as a juror to listen to the opinions and points of view of the other members of the jury. Would any of you be unwilling to listen to a fellow juror who disagreed with you?

54.     It is also your duty as a juror to express your opinion or point of view regarding the evidence to the other members of the jury. Is there anyone who would be unwilling to speak up and try to persuade other members of the jury who disagreed with your view of the evidence?

55. Is there anyone who would be unwilling or have serious difficulty to change an opinion if, after listening to the arguments of the other members of the jury, you were persuaded that your opinion was wrong?

56. In a trial the plaintiff puts on his evidence first, and then the defendants have the opportunity to put on their evidence. Do any of you think you might have difficulty keeping an open mind regarding this case until you have heard all the evidence and I have instructed you on the law?

57. If you are selected to sit as a juror, will you be able and willing to render a verdict solely on the evidence presented at the trial and the law as I instruct you and not based upon your emotions, or any preconceived notions about the facts or the law in this case? Is there anyone who thinks he or she cannot do that?

58. Do you understand that you must follow my instructions regarding the law whether you agree with the law or not? If that idea troubles you, please let me know.

59. As a juror, you may have to resolve conflicts in the testimony of witnesses. This means you may have to decide whether to believe or reject all or part of a witness's testimony or who is telling the truth. Is there any juror who feel this is not something he or she can do?

60. Can you think of any experience in your life or any other matter which occurs to you now that you think you should bring to my attention because it may have some bearing on your ability to be fair as a juror in this case?

61. From what you have heard about this case thus far, is there anything that causes any of you to believe that you cannot be fair and impartial as a juror in this case?

62. Is there anything which has happened here this morning which any of you think may affect your ability to be fair and impartial to the parties that you have not told us about up to now?

63. Do you have any bias or prejudice, for or against, any of the parties or attorneys in this case?

64. Is there any reason at all why you can't be absolutely fair to the plaintiff in this case?

65. Is there any reason at all why you can't be absolutely fair to the defendant in this case?

66. Having heard all the questions put to you, do you know of any reason why you could not sit on this jury and render a fair verdict based on the evidence presented and the legal instructions I give you?

        Respectfully submitted,

        /s/Thomas B. Bruns_____
        Thomas B. Bruns (KBA #84985)
        Bruns, Connell, Vollmer, Armstrong
        4750 Ashwood Dr., Ste. 200
        Cincinnati, OH 45241
        513-312-9890
        tbruns@bcvalaw.com

        /s/ Robert A. Winter, Jr._____
        Robert A. Winter, Jr. (KBA #78230)
        P.O. Box 175883
        Fort Mitchell, KY 41017-5883
        Phone: (859) 250-3337
        robertawinterjr@gmail.com

        Counsel for Plaintiff Russell Brooksbank

**CERTIFICATE OF SERVICE**

      Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

        /s/ Robert A. Winter, Jr._____
        Robert A. Winter, Jr.